## Sarah E. Long, Appellee, v. Hugh H. Long, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Perry county; the Hon. GEORGE A. CROW, Judge, presiding. Heard in this court at the March term, 1913. Affirmed. Opinion filed October 9, 1913.

### Statement of the Case.

Bill by Sarah E. Long against Hugh H. Long for separate maintenance. From a decree awarding complainant twenty-five dollars a month, defendant appeals.

NELSON B. LAYMAN, for appellant.

B. W. POPE, for appellee; R. J. McELVAIN, of counsel.

MR. JUSTICE HIGBEE delivered the opinion of the court.

### Abstract of the Decision.

1. HUSBAND AND WIFE, § 219*—*when wife entitled to separate maintenance.* In an action for separate maintenance where the bill alleges that the husband left his wife and went to a soldiers' home and failed to make provision so as to enable her to secure the necessaries of life, evidence *held* sufficient to show that she was entitled to separate maintenance.

2. HUSBAND AND WIFE, § 243*—*when allowance in separate maintenance not unreasonable.* In an action for separate maintenance where husband left the wife and lived at a soldiers' home, having property valued at five thousand dollars, an allowance of twenty-five dollars a month *held* reasonable.

3. APPEAL AND ERROR, § 998*—*when record must preserve documentary evidence denied admission.* In a separate maintenance proceeding, the question whether the contents of a bill for divorce was admissible in evidence is not preserved for review when bill is not preserved in the record.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.